ACCEPTED
03-15-00025-CV
6580632
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 12:15:05 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 12:15:05 PM
JEFFREY D. KYLE
Clerk

In The Court of Appeals
Third District of Texas
Austin, Texas

APPELLANTS, LAKEWAY REGIONAL MEDICAL CENTER, LLC AND SURGICAL DEVELOPMENT PARTNERS, LLC// CROSS-APPELLANT, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS SPECIALTY HOSPITAL, LLC

v.

APPELLEES, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS SPECIALTY HOSPITAL, LLC// CROSS-APPELLEES, LAKEWAY REGIONAL MEDICAL CENTER, LLC, SURGICAL DEVELOPMENT PARTNERS, LLC, BRENNAN, MANNA, & DIAMOND, LLC AND FRANK T. SOSSI

**APPELLANTS LAKEWAY REGIONAL CENTER, LLC'S AND SURGICAL DEVELOPMENT PARTNERS, LLC'S SECOND <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEFS**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants Lakeway Regional Medical Center, LLC ("LRMC") and Surgical Development Partners, LLC ("SDP") file this Second *Unopposed* Motion for Extension of Time to File Their Opening Briefs.

54102042.1

1

LRMC's and SDP's opening briefs[1] are currently due on August 31, 2015. LRMC and SDP seek a three-week extension, making their briefs due on September 21, 2015. This is their second request for an extension of time.

## BACKGROUND

1. This case is on appeal from the 345th Judicial District Court of Travis County, Texas.

2. The case below was styled *Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, LLC v. Lakeway Regional Medical Center, LLC, Surgical Development Partners, LLC, Brennan, Manna & Diamond, LLC, and Frank T. Sossi*, and numbered D-1-GN-12-000983.

3. The Judgment, signed on October 16, 2014, is for actual damages in the amount of $7,900,000 plus pre- and post-judgment interest, $2,000,000 in attorneys' fees, and costs of court.

4. On January 12, 2015, LRMC and SDP timely filed a notice of appeal.

5. On January 13, 2015, Appellee and Cross-Appellant Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, LLC ("LTT") filed its notice of appeal.

---

[1] At this time, it has not been determined whether LRMC and SDP will file separate briefs or a joint brief.

## REASONS FOR REQUEST

6.      The record in this appeal is sizeable.  It includes a clerk's record that exceeds 13,300 pages and a reporter's record that exceeds 20 volumes.  Further, there are a number of issues to be analyzed.

7.      Because of counsel's normal case load, and because of the lengthy record, counsel will be unable to complete Appellants' Opening Brief in this case by the current August 31, 2015 deadline.

8.      This request is not sought for delay only but so that justice may be done.

## PRAYER FOR RELIEF

WHEREFORE, Appellants Lakeway Regional Medical Center, LLC and Surgical Development Partners, LLC ask that this Court grant this, their *Second Unopposed Motion for Extension of Time to File Their Opening Briefs*, and extend the deadline to September 21, 2015, and for such further relief to which they may be entitled.

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By:      */s/ Joy M. Soloway*
      Jeff Cody
      *jeff.cody@nortonrosefulbright.com*
      State Bar No. 4468960
      Barton Wayne Cox
      *beau.cox@nortonrosefulbright.com*
      State Bar No. 24065087
      James V. Leito IV
      *james.leito@nortonrosefulbright.com*
      State Bar No. 24054950
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-2784
Telephone:  (214) 855-8000
Telecopier:  (214) 855-8200

      Joy M. Soloway
      *joy.soloway@nortonrosefulbright.com*
      State Bar No. 18838700
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

*Counsel for Appellants/Cross-Appellees*
*Lakeway Regional Medical Center, LLC and*
*Surgical Development Partners, LLC*

**WRIGHT & CLOSE, LLP**
Jessica Z. Barger
*barger@wrightclose.com*
State Bar No. 24032706
Raffi Melkonian
*melkonian@wrightclose.com*
State Bar No. 24090587
One Riverway, Suite 2200
Houston, TX 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
*Counsel for Appellant/Cross-Appellee*
*Surgical Development Partners, LLC*

## CERTIFICATE OF CONFERENCE

I certify that Jane Webre and Ryan Fellman, counsel for Appellees in this appeal, are not opposed to the relief sought in this motion.

*/s/ Joy M. Soloway*
Joy M. Soloway

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August 2015, the foregoing motion was served via the CM/ECF electronic noticing system upon the following counsel of record:

Mr. S. Abraham Kuczaj III
*akuczaj@scottdoug.com*
Ms. Paige A. Amstutz
*pamstutz@scottdoug.com*
Mr. Steven J. Wingard
*swingard@scottdoug.com*
Ms. Jane Webre
*jwebre@scottdoug.com*
SCOTT, DOUGLASS & McCONNICO, LLP
303 Colorado, Suite 2400
Austin, TX 78701
*Counsel for Appellee/Cross-Appellant Lake Travis Transitional LTCH, LLC*
**Via Email Only**

Mr. Robert A. Bragalone
*rbragalone@gordonrees.com*
Mr. B. Ryan Fellman
*rfellman@gordonrees.com*
GORDON & REES LLP
2100 Ross Avenue, Suite 2800
Dallas, TX 75201
*Counsel for Appellees Brennan, Manna & Diamond, LLC and Frank T. Sossi*
**Via Email Only**

_/s/ Joy M. Soloway_
JOY M. SOLOWAY